# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STEVENS, JOHN PAUL | SUPREME COURT OF THE U. S. | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ASSOCIATE JUSTICE (Ret.) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

1 FIRST STREET, N. E.
WASHINGTON, D.C. 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Peter Bernstein Corporation - Book Royalties | $127,500.00 |
| 2. 2014 | New York Review of Books - Book Review | $4,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgia State College of Law | April 16, 2014 | Atlanta, Georgia | Delivered the 54th Distinguished Henry J. Miller Lecture | Transportation, Meals |
| 2. | UCLA School of Law | May 15-17, 2014 | Los Angeles, California | Delivered Commencement Address | Transportation, Meals, Hotel |
| 3. | Chicago Bar Association | September 18, 2014 | Chicago, Illinois | Keynote Address - 15th Annual John Paul Stevens Awards Luncheon | Transportation, Meals, Hotel |
| 4. | Northwestern Law School | September 19, 2014 | Chicago, Illinois | Recipient Dean's Legacy Award - Northwestern Law Alumni Awards Luncheon | Transportation, Meals, Hotel |

| 5. | The Economic Club of Southwestern Michigan | September 23-24, 2014 | Benton Harbor, Michigan | Guest Speaker and Q&A Session - Dinner Program | Transportation, Meals |
|---|---|---|---|---|---|
| 6. | Gerald R. Ford Presidential Foundation | October 20, 2014 | Grand Rapids, Michigan | Participated in panel disccusion - Luncheon Program | Transportation, Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| STEVENS, JOHN PAUL | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. Union League Club of Chicago | Honorary Membership (Non-resident fee) | $840.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEVENS, JOHN PAUL | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BB&T Ins. Inv., Arlington | B | Interest | L | T | | | | | |
| 2. BB&T Ins. Inv., Arlington | B | Interest | O | T | | | | | |
| 3. Wells Fargo | B | Interest | N | T | | | | | |
| 4. Wells Fargo | B | Interest | L | T | | | | | |
| 5. Wells Fargo | A | Interest | J | T | | | | | |
| 6. Bank of America | B | Interest | M | T | | | | | |
| 7. Income Beneficiary Family Trust No. 2 | F | Int./Div. | P1 | T | | | | | |
| 8. - Bank of America Money Market Savings Account | A | Interest | J | T | | | | | |
| 9. - Columbia Dividend Income Fund Class Z Shares | D | Dividend | L | T | Buy | 03/17/14 | K | | |
| 10. - Columbia High Yield Municipal FD Class Z Shares | C | Interest | K | T | Sold (part) | 04/22/14 | K | | |
| 11. - Columbia Short Term Municipal BD Fund Class Z Shares | D | Interest | O | T | Buy | 01/15/14 | K | | |
| 12. | | | | | Sold (part) | 04/22/14 | K | | |
| 13. - Dividend Income Common Trust Fund | C | Interest | M | T | | | | | |
| 14. - Emerging Markets Stock Common Trust Fund | A | Interest | K | T | | | | | |
| 15. - Harbor International Fund Instl Class | B | Dividend | L | T | | | | | |
| 16. - International Focusted Euity Common Trust Fund | A | Interest | K | T | | | | | |
| 17. - IShares Russell 1000 Growth ETF | C | Dividend | M | T | Buy | 04/24/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEVENS, JOHN PAUL | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IShares Russell 2000 Value ETF | A | Dividend | K | T | Buy | 03/11/14 | K | | |
| 19. | | | | | Buy (add'l) | 03/19/14 | K | | |
| 20. - Mid Cap Growth CTF | A | Interest | L | T | | | | | |
| 21. - Mid Cap Value CTF | A | Interest | L | T | | | | | |
| 22. - Oppenheimer Intl Growth Fund CL Y Shares | A | Dividend | L | T | Buy | 04/22/14 | L | | |
| 23. - Pimco All Asset All Auth Fund Instl Cl | B | Dividend | M | T | Sold (part) | 08/28/14 | J | | |
| 24. - Pimco All Asset Fund Instl Cl | B | Dividend | L | T | Buy | 04/22/14 | L | | |
| 25. - Pimco Commodities Plus Strategy Fund Instl Cl | B | Dividend | K | T | Buy | 04/22/14 | K | | |
| 26. - Pimco High Yield Fd Instl Cl | D | Dividend | L | T | Sold (part) | 04/22/14 | K | | |
| 27. - Reit Common Trust Fund | B | Interest | M | T | Buy | 04/30/14 | K | | |
| 28. - Schroder Emerging Mkt Equity Fund Inv Cl | A | Dividend | L | T | Buy | 04/22/14 | L | | |
| 29. - Small Cap Growth Leaders CTF | A | Interest | K | T | Buy | 04/30/14 | K | | |
| 30. - Small Cap Value CTF | B | Interest | L | T | | | | | |
| 31. - Tax Exempt CTF [See Note in Pt. VIII] | A | Interest | | | | | | | |
| 32. - Templeton Global Bd Fund Advisor CL | C | Dividend | L | T | Sold (part) | 04/22/14 | K | | |
| 33. - Thornburg Intl Value Fund CL I | C | Dividend | K | T | Buy | 03/07/14 | K | | |
| 34. | | | | | Buy (add'l) | 03/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEVENS, JOHN PAUL | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Thornburg Intl Value Fund CL I | C | Dividend | K | T | Sold (part) | 08/28/14 | J | | |
| 36.  - Vanguard Index TR Vanguard Mid-Cap Value ETF | B | Dividend | L | T | Buy | 03/11/14 | K | | |
| 37. | | | | | Buy (add'l) | 03/19/14 | K | | |
| 38.  - Wisdomtree Emerging Mkts High Yielding Equity Fund | B | Dividend | K | T | | | | | |
| 39.  Greater Richmond Convention Control | B | Interest | K | T | | | | | |
| 40.  Henrico County, Va. Econ. Dev. | A | Interest | J | T | | | | | |
| 41. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEVENS, JOHN PAUL | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 9, line 31 - Asset re: Tax Exempt CTF listed on line 31 was sold entirely in 2013 (12/31/13).

| Name of Person Reporting | Date of Report |
| --- | --- |
| STEVENS, JOHN PAUL | 05/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JOHN PAUL STEVENS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544